Opinion filed August 10, 2023



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00155-CV

_____

## ASHLEY BORCHARDT, Appellant

## V.

## BRANDON BORCHARDT, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM68258**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a "Motion to Dismiss Appeal" in this court. In the motion, Appellant states that she no longer desires to pursue this appeal and requests that the appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

August 10, 2023                           JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.